# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-00183-MR
### [CRIMINAL CASE NO. 1:04-cr-00064-MR-2]

| | | |
|---|---|---|
| **RODNEY DARNELL JIMMERSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance [Doc. 6].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Motion to Hold Case in Abeyance [Doc. 6] is **GRANTED**, and this case is hereby **HELD IN ABEYANCE** pending the issuance of the Fourth Circuit Court of Appeal's mandate in <u>Whiteside v. United States</u>, No. 13-7152. The Government shall have 45 days from issuance of such mandate to file its response to Petitioner's motion for reconsideration.

**IT IS SO ORDERED.**

Signed: October 8, 2014

Martin Reidinger
United States District Judge