# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Rodney Darnell Jimmerson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00183-MR |
| | ) | 1:04-cr-00064-2 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent. | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2015 Order.

August 5, 2015

Frank G. Johns, Clerk
United States District Court